WR-48,152-07
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 1/19/2015 12:00:00 AM
Accepted 1/20/2015 9:29:14 AM
ABEL ACOSTA
CLERK

No. _____

IN THE

COURT OF CRIMINAL APPEALS TEXAS

RECEIVED
COURT OF CRIMINAL APPEALS
1/20/2015
ABEL ACOSTA, CLERK

**IN RE GARCIA GLEN WHITE,**
Petitioner

**MOTION FOR LEAVE TO FILE**
**PETITION FOR WRIT OF PROHIBITION**

**THIS IS A DEATH PENALTY CASE**
MR. WHITE IS SCHEDULED TO BE EXECUTED ON JANUARY 28, 2015

Patrick F. McCann
SBOT 00792680
909 Texas Ave #205
Houston, TX 77002
713-223-3805
writlawyer@justice.com

Mandy Miller
SBOT 24055561
2910 Commer. Ctr. Blvd, Ste 103-201
Katy, TX 77494
832-900-9884
mandy@mandymillerlegal.com

Comes now the Petitioner and asks this Court for Leave to File a Petitioner for Writ of Prohibition under its powers within the Texas Constitution, Article V, Section 5(c).

Respectfully submitted,

/s/ Patrick F. McCann
PATRICK F. MCCANN  (SBOT 00792680)
MANDY MILLER (SBOT 24055561)
909 Texas Ave #205
Houston, Texas 77002
713-223-3805
713-226-8097 FAX
writlawyer@justice.com
mandy@mandymillerlegal.com
**ATTORNEYS FOR PETITIONER**
**GARCIA GLEN WHITE**

CERTIFICATE OF SERVICE

I, Patrick F. McCann do hereby certify that a true and correct copy of the above and foregoing has been served on January 19, 2015, via email delivery to the State of Texas at: Lynn Hardaway, HARDAWAY_LYNN@dao.hctx.net.

/s/ Patrick F. McCann

Patrick F. McCann